[No. 17070–8–I.   Division One.   December 1, 1986.]

*In the Matter of* DEREK CASE, ET AL.

Appeal from a judgment of the Superior Court for King County, No. 84–7–00570–8, Liem E. Tuai, J., entered August 8, 1985. *Affirmed* by unpublished opinion per Williams, J., concurred in by Coleman and Grosse, JJ.

[No. 16822–3–I.   Division One.   December 1, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
ROBERTO GARRIDO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–00856–8, Frank J. Eberharter, J., entered July 9, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 18638–8–I.   Division One.   December 1, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
JACOB HOVENIER, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 85–1–00462–3, David A. Nichols, J., entered June 10, 1986. *Reversed* and *dismissed* by unpublished per curiam opinion.